> IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.
>
> Dated: December 18, 2009
>
> _____
> SARAH S. CURLEY
> U.S. Bankruptcy Judge



**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-29169/0150652899

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-27841-SSC |
| Terry G. Hillman and Claire C. Hillman<br>       Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>       Movant,<br>       vs.<br>Terry G. Hillman and Claire C. Hillman, Debtors,<br>Constantino Flores, Trustee.<br>       Respondents. | ORDER<br><br>(Related to Docket #11) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 8, 2006 and recorded in the office of the Gila County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Terry G. Hillman and Claire C. Hillman have an interest in, further described as:

Lot 20, RIM VISTA, according to Map No. 267, records of Gila County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT